UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DRAHCIR PARSON,

                    Plaintiff,

    -v-                                           9:16-CV-167
                                                       (DNH/CFH)
CHRISTOPHER MILLER, Superintendent,
Great Meadow Correctional Facility,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

DRAHCIR PARSON
Plaintiff pro se
917 Altamont Avenue
Schenectady, NY 12303

BARBARA D. UNDERWOOD                      MARK G. MITCHELL, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Drahcir Parson brought this civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2018, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion for summary judgment be granted and that the amended complaint be dismissed in its entirety. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion for summary judgment is GRANTED; and

2. Plaintiff's amended complaint is DISMISSED in its entirety, with prejudice.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 5, 2018
      Utica, New York.